# EXHIBIT A

| URL | Uploader | Title of Work | U.S. Reg. No. |
|---|---|---|---|
| https://www.youtube.com/watch?v=Xz7GKuCOz74 | Boyne Resorts | A Little Chronology | 382-040 |
| https://www.youtube.com/watch?v=PD_2vRDAnCI | Boyne Resorts | Big Sky | 337-205 |
| https://www.youtube.com/watch?v=3MlI0QT686E | Boyne Resorts | Clap Hop | 374-913 |
| https://www.youtube.com/watch?v=Y_DB2eO0OYU | Boyne Resorts | Clear | 337-206 |
| https://www.youtube.com/watch?v=j7U1SlIiA2U | Boyne Resorts | Corn Liquor | 337-057 |
| https://www.youtube.com/watch?v=p8VsOm2Ymrg | Boyne Resorts | Corn Liquor | 337-057 |
| https://www.youtube.com/watch?v=p8sIAQNNm6Y | Boyne Resorts | Dutchman | 633-494 |
| https://www.youtube.com/watch?v=MZ3YXgNJOcE | Boyne Resorts | Endless Motion | 336-994 |
| https://www.youtube.com/watch?v=YQKOJBRoPLk | Boyne Resorts | Four AM | 337-205 |
| https://www.youtube.com/watch?v=CvURcBUVXeY | Boyne Resorts | Good Life | 382-040 |
| https://www.youtube.com/watch?v=nb2zKN7vkVM | Boyne Resorts | Here With You | 396-282 |
| http://www.facebook.com/BoyneMountain/videos/1060521613631/ | Boyne Resorts | International Current | 335-613 |
| https://www.youtube.com/watch?v=n5caLoFakvU | Boyne Resorts | Long Gone | 382-040 |
| https://www.youtube.com/watch?v=tDXUWpOlnrc | Boyne Resorts | Maximus Crunk | 336-939 |
| https://www.youtube.com/watch?v=eGQJ86HT8hg | Boyne Resorts | Misfit | 374-914 |
| https://www.youtube.com/watch?v=rILHeWzivFQ | Boyne Resorts | Misfit | 374-914 |
| https://www.youtube.com/watch?v=PM0MxXtCya0 | Boyne Resorts | Old School Party | 337-216 |
| https://www.youtube.com/watch?v=sxgyAXiol7I | Boyne Resorts | On The Water | 337-200 |
| https://www.youtube.com/watch?v=ApUzkY0vJ0I | Boyne Resorts | Penthouse For Two | 334-609 |
| https://www.youtube.com/watch?v=v0Fas0jPpq0 | Boyne Resorts | Resource | 336-994 |

| URL | Uploader | Title of Work | U.S. Reg. No. |
|---|---|---|---|
| https://www.youtube.com/watch?v=jM-NkM_lyqI | Boyne Resorts | Rock It | 396-282 |
| https://www.youtube.com/watch?v=O9vqz_AvVbE | Boyne Resorts | Shine | 382-040 |
| https://www.youtube.com/watch?v=Q-dtO1zfbR8 | Boyne Resorts | Shine | 382-040 |
| https://www.youtube.com/watch?v=rILHeWzivFQ | Boyne Resorts | Three Hit | 396-282 |
| https://www.youtube.com/watch?v=uMGJ5SIkhBM | Boyne Resorts | Whiskey Breath | 337-144 |